# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Steve A. Wilhelm
                              Plaintiff,

v.                                                Case No.: 1:12–cv–01893
                                                     Honorable Milton I. Shadur

BNSF Railway Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Status hearing held on 10/28/2013 and continued to 11/12/2013 at 8:30 a.m. If dismissal documents are filed on or before 10/28/2013, no appearance is necessary on that date. Mailed notice by judge 9;s staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.