*In the United States District Court*
*for the Northern District of Illinois*
*Eastern Division*

| | |
|---|---|
| Steve A. Wilhelm, <br><br> plaintiff, <br><br> – v – <br><br> BNSF Railway Company, <br><br> defendant. | **12 cv 1893** <br><br> Judge Shadur <br><br> Magistrate Judge Gilbert <br><br> **Jury trial demanded** |

**Stipulation for Voluntary Dismissal with Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendant, by their respective counsel, stipulate that this case be voluntarily dismissed with prejudice, each party to bear its own costs and fees.

# So Stipulated:

| Steve A. Wilhelm, <br> plaintiff, | BNSF Railway Company, <br> defendant, |
|---|---|
| By: /s/David L. Lee <br> David L. Lee, ARDC #1604422 <br> LAW OFFICES OF DAVID L. LEE <br> 53 W. Jackson Blvd., Suite 801 <br> Chicago, IL 60604 <br> 312-347-4400 <br> d-lee@davidleelaw.com | By: /s/Benjamin J. Coleman <br> Benjamin J. Coleman, ARDC #6303079 <br> JONES DAY <br> 77 W. Wacker Dr., Suite 3500 <br> Chicago, IL 60601 <br> 312-269-4361 <br> bjcoleman@jonesday.com |

Charles A. Collins (MN #17954)
CHARLES A. COLLINS, P.A.
410 Labor & Professional Center
411 Main Street
St. Paul, MN 55102
651-225-1125
chas@qwestoffice.net