## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Steve A. Wilhelm

                Plaintiff,

v.                                      Case No.: 1:12–cv–01893
                                                      Honorable Milton I. Shadur

BNSF Railway Company

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Pursuant to the parties' stipulation for voluntary dismissal, this case is hereby dismissed with prejudice, each party to bear its own costs and fees. Status hearing set for 11/12/2013 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.